UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE LELAND,<br><br>   Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>   Defendant. | Case No. 22-cv-00835-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

It is the Court's practice in ERISA cases for the plaintiff to file first for summary judgment.  Duplicative cross-motions are not permitted.  If, and only if, the defendant has new or different arguments to raise, may the defendant file a cross-motion for summary judgment in conjunction with the filing of an opposition to the plaintiff's motion.  The standard of review may be addressed in the summary judgment papers to the extent it is genuinely disputed.

| Event | Deadline |
|---|---|
| Parties to file joint stipulation selecting an ADR method | June 2, 2022 |
| Last day plaintiff to file Rule 56 motion for summary judgment | October 6, 2022 |
| Last day defendant to file opposition to plaintiff's motion and Rule 56 cross-motion for summary judgment, if warranted | November 3, 2022 |
| Last day plaintiff to file combined reply and opposition to defendant's cross-motion, if filed | December 1, 2022 |

| Event | Deadline |
|---|---|
| Hearing on summary judgment motion(s) | December 15, 2022 |
| Pretrial conference | April 27, 2023 @ 1:30pm |
| Bench Trial | May 8, 2023 @ 9:00am |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: May 18, 2022

_____
JAMES DONATO
United States District Judge